UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
Christopher Mark Gelineau
and Hillary Anne Gelineau
FKA Hillary Anne Niesz
AKA Hillary Anne Kellock

Debtors.

Chapter 7
Case No. 25-45419-TJT
Honorable Thomas J Tucker

MOTOWN BATTERY COMPANY, INC. )
)
Plaintiff, )
)
-vs- ) Adv. Proc. No. 25- 04170-TJT
)
CHRISTOPHER M. GELINEAU )
And )
HILLARY A. GELINEAU )

Defendants.

**EXHIBITS TO**
**COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF DEBT PURSUANT TO § 523(a)(2)(A), (2)(B) AND (6)**

NOW COMES Plaintiff, Motown Battery Company, Inc., by and through its Counsel, Moss Law, PLC, and for its Complaint to determine certain debts are nondischargeable, provides the following Exhibits in support.

EXHIBIT 1: Combined Commercial Property, Equipment & Vehicle Sublease

EXHIBIT 2: Security Agreement

EXHIBIT 3: UCC Financing Statement

EXHIBIT 4: Statement of Account

EXHIBIT 5: Sampling of pictures and invoices for repairs

EXHIBIT 6: Third Amendment to Combined Real Property, Equipment and Vehicle Sublease.

Respectfully submitted,

MOSS LAW, P.C.

*Leigh Dones Moss*

Leigh Dones Moss (P51352)
Attorney for Plaintiff
4190 Telegraph Rd., Suite 3000
Bloomfield Hills, MI 48302
(248) 847-3555
lmoss@mosslawplc.com

Dated: September 2, 2025