# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20181217000627-9**

Filing Date and Time: 12/17/2018 01:43 PM

Total Number of Pages: 2

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**MOSS LAW PLC**

B. E-MAIL CONTACT AT FILER (optional)
**lmoss@mosslawplc.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

**MOSS LAW PLC**
**4190 Telegraph Rd**
**Ste. 3000**
**Bloomfield Hills, MI 48302 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**Detroit Battery Company, LLC**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **2689 Blue Stem Drive** | **Zeeland** | **MI** | **49464** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**Motown Battery Company, Inc.**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1026 Rankin Street** | **Troy** | **MI** | **48083** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

The following Equipment and Vehicles located at 1026 Rankin Street, in Troy, Michigan 48083, pursuant to a Combined Commercial Property, Equipment & Vehicle Sublease dated December 14, 2018.

**I. EQUIPMENT**

1. All commercial racking
2. The battery chargers that are currently installed in the building
3. Two (2) electric pallet jacks which require periodic maintenance
4. Scale and turn table
5. Power washer
6. Battery washer
7. Washer & Dryer
8. Air Compressor

**II. <!--[endif]-->VEHICLES**

1. Toyota Forklift Model 8FGCU25/Serial Number 44318
2. Toyota Forklift Model 8FGCU25/Serial Number 31693
3. 2007 International 8600 Tractor/VIN 1HSHXAHR57J477428
4. 2006 TLM Trailer/VIN 2MN07AAE761009625
5. 2012 Ford F-650 Box truck/VIN 3FRNF6FA8CV160715
6. 2014 Ford F-250 Pickup/VIN 1FTB2B66EEA03435
7. 2019 Ford Transit 350HD Cargo Van/VIN 1FTRS4XV9KKA18661
8. 2019 Ford Transit 350HD Cargo Van/VIN 1FTRS4XV0KKA18662
9. 2019 Ford Transit Connect XL Van/VIN NM0LS7E28K1387207
10. 2011 Ford F-350 Pickup/VIN 1FT8X3B66BEB79507
11. 2010 Ford F-350 Pickup/VIN 1FTWF3B68AEB10432

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☑ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)