# Statement

MOTOWN BATTERY COMPANY INC
2375 Cloverlawn Ave
Bloomfield Hills, MI 48302

| Date |
|---|
| 8/19/2025 |

| To: |
|---|
| Detroit Battery Co, LLC<br>12660 Elk Ridge Crossing<br>Holly, MI 48442 |

| Amount Due | Amount Enc. |
|---|---|
| $441,425.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/29/2024 | INV #6027. Due 12/14/2024.<br>--- Lawyer Fee, 1 @ $2,757.82 = 2,757.82 | 2,757.82 | 434,647.90 |
| 12/02/2024 | INV #VanRepair. Due 12/17/2024.<br>--- Expense Reimbursement, 1 @ $861.26 = 861.26 | 861.26 | 435,509.16 |
| 01/29/2025 | INV #TruckRepair. Due 02/13/2025.<br>--- Expense Reimbursement, 1 @ $193.18 = 193.18 | 193.18 | 435,702.34 |
| 03/03/2025 | INV #6029. Due 03/18/2025.<br>--- Lawyer Fee, 1 @ $2,601.78 = 2,601.78 | 2,601.78 | 438,304.12 |
| 04/14/2025 | INV #6030. Due 04/29/2025.<br>--- Lawyer Fee, 1 @ $3,121.16 = 3,121.16 | 3,121.16 | 441,425.28 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 441,425.28 | $441,425.28 |