











Transaction Details

Transportation - Auto Services
INTERSTATE AUTO CAREMADISON HEIGH MI
$4,229.76

Will appear on your Nov 28 statement as INTERSTATE AUTO CAREMADISON HEIGH MI

Date
Nov 15

Card Member
CHRISTOPHER MILTIMORE - 76009

Contact Information

526 EAST 14 MILE RD
MADISON HEIGHTS, MI 48071

(248) 307-1200

**Delta Sky Miles**

Rewards earned: 4230 Miles

Bonus: 1X

Category: Other Purchases
May not reflect any promotional purchases.

Tags

Add or Edit Tags

**Transaction Reference Number**
320243210694538455

Transaction Details

Transportation - Auto Services
INTERSTATE AUTO CAREMADISON HEIGH MI
$861.26

Will appear on your Dec 25 statement as INTERSTATE AUTO CAREMADISON HEIGH MI

Date
Dec 19

Card Member
CHRISTOPHER MILTIMORE - 31006

Contact Information

526 EAST 14 MILE RD
MADISON HEIGHTS, MI 48071

(248) 307-1200

**Delta Sky Miles**

Rewards earned: 861 Miles

Bonus: 1X

Category: Other Purchases
May not reflect any promotional purchases.

Tags

Add or Edit Tags

**Transaction Reference Number**
320243550653877752

Transaction Details

Transportation - Vehicle Leasing & Purchase
SERRA FORD ROCHESTERROCHESTER HIL MI
$2,248.46

Will appear on your Sep 24 statement as SERRA FORD ROCHESTERROCHESTER HIL MI

Date
Sep 20

Card Member
CHRISTOPHER MILTIMORE - 31006

Contact Information

2890 SOUTH ROCHESTER RD
ROCHESTER HILLS, MI 48307

(248) 852-0400

**Delta Sky Miles**

Rewards earned: 2248 Miles

Bonus: 1X

Category: Other Purchases
May not reflect any promotional purchases.

Tags

Add or Edit Tags

**Transaction Reference Number**
320242650219630213