## THIRD AMENDMENT TO COMBINED COMMERCIAL PROPERTY, EQUIPMENT & VEHICLE SUBLEASE

**TO BE INTEGRATED WITH THE SUBLEASE DATED DECEMBER 14, 2018, BY AND BETWEEN MOTOWN BATTERY COMPANY, INC. (AS "SUBLESSOR"), AND DETROIT BATTERY COMPANY, LLC (AS "SUBLESSEE"), COVERING LEASED PREMISES COMMONLY KNOWN AS 1026 RANKIN ST., TROY, MICHIGAN 48083.**

---

The Sublessor and Sublessee are parties to the Combined Commercial Property, Equipment & Vehicle Sublease ("Sublease"). This Third Amendment to Combined Commercial Property, Equipment & Vehicle Sublease (the "Third Amendment") is made and entered into this 1st day of July, 2024, by and between Sublessor and Sublessee (jointly referred to as the "Parties").

### RECITALS

WHEREAS, the original Term of the Sublease expired on December 31, 2023 under Section 1, and the Parties wish to extend the Sublease;

WHEREAS, the Parties agree that there is currently a balance owed by Sublessee on the original Term for Rent (which includes Base Rent, Additional Rent and late charges) in the amount of $367,700.43 ("Past Due Amount");

WHEREAS, in accordance with the Default provisions of Section 24 of the Sublease, the Sublessor previously provided the Sublessee with written notice of Default and provided Sublessee with the opportunity to cure, but a full cure was not made by Sublessee;

WHEREAS, the Sublessee asked Sublessor to extend the Sublease and to refrain from exercising its default remedies, and offered certain payments and conditions to entice the Sublessor to continue the Sublease Term;

WHEREAS, the Parties entered into the Second Amendment to the Sublease on or about January 1, 2024 ("Second Amendment"), which set terms and conditions for the "Initial Renewal Term", amended Sublease Sections 1, 3, 4 and 5, and added new terms to the Sublease;

WHEREAS, the Second Amendment stated in paragraph (E) Return of Vehicles & Conditions, the Sublessee agreed to return a group of vehicles to the Sublessor on or before December 31, 2023, including:

1. 2019 Ford Transit 350HD Cargo Van/VIN 1FTRS4XV9KKA18661
2. 2011 Ford F-350 Pickup/VIN 1FT8X3B66BEB79507

If the Sublessee failed to return the vehicles in "Saleable Condition", Sublessee agreed to pay Sublessor a "Damages Fee" of $750.00 per month per vehicle, plus the continuing cost of insurance until returned to Sublessor in Saleable Condition;

WHEREAS, the Second Amendment stated in paragraph (A) Renewal Opportunities, Sublessee was provided with four (4) additional Renewal Terms of 6 months each under these specified conditions:

a) Sublessee shall give Sublessor written Notice of Intent to Renew at least thirty (30) days before the Initial Renewal Term expires;
b) Sublessee shall include in the Notice of Intent to Renew a statement of compliance with Sublease Section 44 **("Statement of Compliance")**; and
c) the Sublessee shall not be in default or have been in default in any of the terms of the Sublease or the Second Amendment during the Initial Renewal Term.

WHEREAS, Sublessee seeks to elect the first of 4 Renewal Terms ("Renewal Option 1") and makes the following Statement of Compliance in accordance with Sublease Section 44:

i) Payment 1: Paid by Sublessee;

ii) Payment 2: On July 15, 2024, the Sublessee will deliver the payment of Fifty Thousand Dollars and 00/100 ($50,000.00) (previously due by June 30, 2024) in certified funds or ACH payment to Sublessor to be applied against the Past Due Amount only (with no application of the funds to any other amounts owed under the Sublease and/or the Second Amendment);

iii) Monthly Arrearage Payments: From January 15, 2024 through May 15, 2024, the Sublessee made regular monthly payments of $5,000.00 towards the Past Due Amount; and on or before July 31, 2024, the Sublessee will deliver to Sublessor the $5,000.00 Monthly Arrearage payment that was due on June 15, 2024;

iv) Proposal for Arrearage Payments During Renewal Term: Beginning July 15, 2024 and continuing on the 15th day of each calendar month through Renewal Option 1, Sublessee will make regular monthly payments of $5,000.00 to be applied against the Past Due Amount only; and

v) Return of Vehicles: Sublessee has retained the following vehicles since January 1, 2024, and has continued to pay Sublessor the Damages Fee of $750.00 per month per vehicle, plus the continuing cost of insurance –

1. 2019 Ford Transit 350HD Cargo Van/VIN 1FTRS4XV9KKA18661
2. 2011 Ford F-350 Pickup/VIN 1FT8X3B66BEB79507

and Sublessee desires to continue to retain the two (2) vehicles.

WHEREFORE, Sublessee agreed to adhere to all terms and conditions of the Sublease and any amendments, timely and fully pay all Rent obligations during any extensions of the Sublease, and to make substantial payments towards the Past Due Amount owed on the Sublease.

THEREFORE, in reliance upon Sublessee's Statement of Compliance, the representations above, and for good and valuable consideration, the Parties have agreed as follows:

**(A)** Sublessor agrees to refrain from exercising its Default Remedies at this time and to extend the Sublease Term for the benefit of Sublessee in Renewal Option 1. The term of this Renewal Option 1 shall be for six (6) months commencing on the 1st day of July, 2024 and expiring on the 31st day of December, 2024.

**(B)** The Recitals above are adopted herein as terms and conditions of this Third Amendment, and Sublessee agrees:

i) Payment 2: On July 15, 2024, the Sublessee will deliver payment of Fifty Thousand Dollars and 00/100 ($50,000.00) in certified funds or ACH payment to Sublessor to be applied against the Past Due Amount only (the Parties acknowledge this "Payment 2" was a requirement of the Second Amendment and the due date has been adjusted);

ii) Monthly Arrearage Payments During Renewal Term: Beginning July 15, 2024 and continuing on the 15th day of each calendar month through December 15, 2024, Sublessee will make regular monthly payments of $5,000.00 to be applied against the Past Due Amount only;

iii) Payment 3: On or before July 31, 2024, the Sublessee will deliver to Sublessor the $5,000.00 Monthly Arrearage payment that was due on June 15, 2024; and

iv) Base Rent/Equipment and Vehicles: Sublessee shall continue to pay Base Rent for the Premises and additional Rent for the Vehicles and Equipment at the rates and terms set forth in the Second Amendment.

(C) Amounts Owed in Renewal Option 1. For purposes of certainty, the Parties agree that the following amounts are due during the term of Renewal Option 1 and in accordance with this Third Amendment:

i) **Total Due On July 15, 2024:** **$50,000.00**

ii) **Total Due On or before July 15, 2024:** **$16,830.50**

- Rent: $4,200.00
- V&E Rent: $4,050.00
- Monthly Arrearage Payment: $5,000.00
- 2019 Ford Transit/2011 Ford F-350: $1,500.00
- Plus insurance and miscellaneous costs as stated on invoices

iii) **Total Due on or before July 31, 2024 (for June 15, 2024 Monthly arrearage payment):** **$5,000.00**

iv) **Total Due on or before the 15th of each month beginning August 15, 2024, through December 15, 2024:** **$14,750.00 plus**[1]

- Rent: $4,200.00
- V&E Rent: $4,050.00
- Monthly Arrearage Payment: $5,000.00
- 2019 Ford Transit/2011 Ford F-350: $1,500.00
- Plus insurance and miscellaneous costs as stated on invoices

(D) Original Sublease and Amendments. All of the terms and provisions of the original Sublease and its First and Second Amendments, including the definitions provided therein, except as modified herein, are to remain in full force and effect; however, the provisions of this Third Amendment shall govern and shall supersede any inconsistent provisions in the body of the Sublease.

**IN WITNESS HEREIN,** the Parties have executed this Third Amendment to Combined Commercial Property, Equipment & Vehicle Sublease on the day and year written above.

**WITNESSED BY:**

**SUBLESSOR: MOTOWN BATTERY COMPANY, INC.,**
a Michigan corporation

By: Christopher Miltimore
Its: President

**SUBLESSEE: DETROIT BATTERY COMPANY, LLC**
a Michigan limited liability company

By: Hillary Anne Gelineau
Its: Sole Member & Manager

[1] This monthly amount may vary based upon whether Sublessee continues to retain the 2019 Ford Transit and 2011 Ford F-350, the cost of insurance and miscellaneous costs.