UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re:<br>Christopher Mark Gelineau<br>Hillary Anne Gelineau<br>12660 Elk Ridge Crossing<br>Holly, MI 48442<br><br>Debtors | ) | Case No: 25-45419-tjt<br><br>Chapter 7<br><br>Judge Thomas J. Tucker |
| Motown Battery Company, Inc.<br><br>Plaintiff<br><br>-vs-<br><br>Christopher Mark Gelineau, and<br>Hillary Anne Gelineau,<br><br>Defendants. | ) | Adv. Proc. No. 25-04170-tjt<br><br>Judge Thomas J. Tucker |

**CONSENT JUDGMENT OF NONDISCHARGEABILITY
AND ORDER OF DISMISSAL,
AND ORDER CANCELLING AUGUST 19, 2026 HEARING**

The Court has considered the pleadings, and the stipulation of the parties filed on July 22, 2026 (Docket #44). The Court finds good cause to enter this Order.

IT IS ORDERED that final judgment is entered ordering the sum of $150,000.00 to be nondischargeable under 11 U.S.C. Sections 523(a)(2)(B) and 523(a)(6) as against Defendant Debtor Hillary Anne Gelineau and in favor of Plaintiff Motown Battery Company, Inc.

IT IS FURTHER ORDERED that the terms of the Consent Judgment of Nondischargeability and Stipulation for Order of Dismissal with attached Term Sheet executed by the Parties are incorporated herein by reference.

IT IS FURTHER ORDERED that all claims in this adversary proceeding against Defendant Debtor Christopher Mark Gelineau are dismissed without prejudice.

IT IS FURTHER ORDERED that the hearing scheduled for August 19, 2026 at 10:00 a.m. is cancelled.

IT IS FURTHER ORDERED that this Order resolves all claims in this adversary proceeding, and this adversary proceeding is now concluded.

**Signed on July 31, 2026**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**